JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>    Plaintiff,<br><br>v.<br><br>PK II ANAHEIM PLAZA, LP, et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:12-cv-02150-RGK-DTB<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant PK II Anaheim Plaza, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: November 9, 2012

*/s/ Gary Klausner*
United States District Judge