JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:12-cv-02150-RGK-DTB |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| PK II ANAHEIM PLAZA, LP, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant PK II Anaheim Plaza, LP,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: November 9, 2012

*[signature: Gary Klausner]*

United States District Judge